UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>        Plaintiff,<br><br>    v.<br><br>RAJESHKUMAR PATEL DBA AIRPORT INN, et al.,<br><br>        Defendants. | Case No. 20-cv-06909-TSH<br><br>**ORDER TO SHOW CAUSE** |

As the deadline to request mediation under General Order 56 had passed and there had been no recent docket activity, the Court ordered the parties to file a status report by February 16, 2021. ECF No. 18. In response, Defendants filed a separate statement indicating the parties have not requested, nor attended, a mediation. ECF No. 19. Plaintiff failed to respond and has made no appearance since October 2020. Accordingly, the Court **ORDERS** Plaintiff Brian Whitaker to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by February 24, 2021. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on March 4, 2021 at 10:00 a.m. by Zoom video conference. The webinar link and instructions are located at https://cand.uscourts.gov/judges/hixson-thomas-s-tsh/.

<u>Notice is hereby provided that failure to file a written response will be deemed an admission that Plaintiff does not intend to prosecute, and the case may be dismissed without prejudice.</u> Thus, it is imperative the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: February 17, 2021

                                                              THOMAS S. HIXSON<br>
                                                              United States Magistrate Judge